■ AMERICAN YOUTH DANCE THEATER, INC., Respondent, v 4000 EAST 102ND ST. CORP., Appellant. [33 NYS3d 714]—

Order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered February 19, 2016, which granted plaintiff tenant's for a *Yellowstone* injunction, unanimously affirmed, without costs.

The motion court properly found that plaintiff's defaults were curable and that, having demonstrated its willingness to cure them, plaintiff should be permitted to do so within a reasonable time (*see Baruch, LLC v 587 Fifth Ave., LLC*, 44 AD3d 339 [1st Dept 2007]; *Empire State Bldg. Assoc. v Trump Empire State Partners*, 245 AD2d 225, 229 [1st Dept 1997]). The lease, lease rider, and lease amendment, as well as the course of dealing between the parties, establish that the parties intended that plaintiff would continue working toward obtaining the certificate of occupancy (c/o) after the deadline passed, and an uncontroverted affidavit by plaintiff's president detailing plaintiff's efforts to obtain approval of the renovation plans and the c/o establishes that, despite its best efforts, plaintiff was unable to obtain a c/o.

We have considered defendant's remaining arguments and find them unavailing. Concur—Sweeny, J.P., Acosta, Feinman, Kapnick and Webber, JJ.